**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re:   MAKKAI, ERNEST G. | § | Case No. 04-45528 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  on 01 /07 /2011 at the hour of 2:00 p.m.     in Courtroom B, Park City Court House 301 Greenleaf Ave, Park City, Illinois 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/07/2010            By:    /s/ Ilene F. Goldstein
                                                                                     Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: MAKKAI, ERNEST G. § § § §<br>Debtor(s) | Case No. 04-45528 |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,049.25 |
| *and approved disbursements of* | $ 50.24 |
| *leaving a balance on hand of* [1] | $ 29,999.01 |
| **Balance on hand:** | $ 29,999.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 29,999.01 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,752.76 | 0.00 | 3,752.76 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 50.00 | 0.00 | 50.00 |
| Other Fees: Leibowitz Law Center | 10,000.00 | 0.00 | 10,000.00 |
| Other Expenses: Leibowitz Law Center | 12,189.07 | 0.00 | 12,189.07 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 29,241.83 |
| Remaining balance: | $ 757.18 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Case 04-45528  Doc 39  Filed 12/14/10  Entered 12/16/10 23:52:36  Desc Imaged
Certificate of Service  Page 4 of 6

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:  $        757.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $          0.00
Remaining balance:  $        757.18

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 205,987.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corp | 22,672.48 | 0.00 | 83.35 |
| 2 | First National Bank of Omaha | 12,262.41 | 0.00 | 45.07 |
| 3 | Louis Bodo | 120,400.00 | 0.00 | 442.57 |
| 4 | World Asset Purchasing II, LLC | 18,893.73 | 0.00 | 69.45 |
| 5 | Citibank (South Dakota) N.A. | 9,013.00 | 0.00 | 33.13 |
| 6 -2 | eCAST Settlement Corporation assignee of | 14,847.55 | 0.00 | 54.58 |
| 7 | eCAST Settlement Corporation assignee of | 7,898.62 | 0.00 | 29.03 |

Total to be paid for timely general unsecured claims:  $        757.18
Remaining balance:  $          0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales              Page 1 of 1                   Date Rcvd: Dec 14, 2010
Case: 04-45528                 Form ID: pdf006              Total Noticed: 27


The following entities were noticed by first class mail on Dec 16, 2010.
 db           +Ernest G Makkai,    1465 Oakwood Avenue,    Highland Park, IL 60035-3608
 aty          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
 aty          +Laura Barrientos-DuVall,    Leibowitz Law Center,    420 W. Clayton St.,    Waukegan, IL 60085-4216
 aty          +Lorraine M Greenberg,    Lorraine M. Greenberg,    150 North Michigan Avenue,    Suite 800,
                Chicago, IL 60601-7585
 tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
9021061       +Advanta Bank Corp,    Attn Funding Trust,    West Asset Management,    5300 Oakbrook Pkwy,
                Norcross, GA 30093-2256
8762233        American Expess,    Bankruptcy Department,    P.O. Box 650448,    Houston, TX 77210
8762234        Aspire,    P.O. Box 23013,    Columbus, GA 31902-3013
8762237        BP/Citi,    P.O. Box 9014,    Des Moines, IA 50368-9014
8762235        Bank of America,    Department #4524,    P.O. Box 53105,    Phoenix, AZ 85072-3105
8762236       +Bodo Investments, Ltd.,    c/o Ronald A. Orner & Assoc,    200 N. LaSalle Street, Suite 2820,
                Chicago, IL 60601-1014
8762238      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Chase,    P.O. Box 15919,    Wilmington, DE 19850-5919)
8762239       +Citi,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
10981322       Citibank (South Dakota) N.A.,    Exception Payment Processing,    P.O. Box 6305,
                The Lakes, NV  88901-6305
8762240       +Citifinancial Retail Service,    P.O. Box 221309,    Charlotte, NC 28222-1309
8762241       +Diners Club,    P.O. Box 6003,    The Lakes, NV 88901-6003
10922445      +First National Bank of Omaha,    1620 Dodge St,    Omaha, NB  68197-0002
8762242        First National Bank of Omaha,    P.O. Box 2951,    Omaha, NE 68103-2951
8762243        First USA Bank,    P.O. Box 50882,    Henderson, NV 89016
10948956      +Louis Bodo,    c/o David P. Leibowitz,    Leibowitz Law Center, 420 W. Clayton,,
                Waukegan, IL 60085-4216
8762244       +Louis F. Bodo,    c/o Ronald A. Orner & Assoc.Ltd.,    200 N. LaSalle Street, Suite 2820,
                Chicago, IL 60601-1014
8762245       +Marshall Field,    c/o Retailers National Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
8762246       +Nationwide Acceptance,    3435 N. Cicero Avenue,    Chicago, IL 60641-3794
8762247        Providian,    P.O. Box 660737,    Dallas, TX 75266-0737
8762248        Sears,    Attn: Bankruptcy,    P.O. Box 182149,    Columbus, OH 43218-2149
11552460       eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
                Newark NJ 07193-5480
11761497       eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
                Newark NJ 07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
10977416     ##+World Asset Purchasing II, LLC,    c/o West Asset Management, Inc,    P.O.BOX 672047,
                Marietta, GA 30006-0035
                                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2010**                              **Signature:** *Joseph Speetjens*