# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MAKKAI, ERNEST G.         § Case No. 04-45528
                                 §
                                 §
                                 §
Debtor(s)                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,520.00 *(without deducting any secured claims)* | Assets Exempt: $3,520.00 |
| Total Distribution to Claimants: $755.07 | Claims Discharged Without Payment: $182,486.55 |
| Total Expenses of Administration: $29,294.18 | |

3) Total gross receipts of $ 30,049.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,049.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,294.18 | 29,294.18 | 29,294.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 220,835.34 | 183,241.62 | 755.07 |
| **TOTAL DISBURSEMENTS** | $0.00 | $250,129.52 | $212,535.80 | $30,049.25 |

4) This case was originally filed under Chapter 7 on December 10, 2004. The case was pending for 79 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2011          By: /s/ILENE F. GOLDSTEIN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TRUSTEE AVOIDING POWER | 1241-000 | 30,000.00 |
| Interest Income | 1270-000 | 49.25 |
| **TOTAL GROSS RECEIPTS** | | **$30,049.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,754.87 | 3,754.87 | 3,754.87 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 50.00 | 50.00 | 50.00 |
| Leibowitz Law Center | 3210-600 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Leibowitz Law Center | 3220-610 | | N/A | 4,537.96 | 4,537.96 | 4,537.96 |
| Louis Bodo | 3220-610 | | N/A | 7,651.11 | 7,651.11 | 7,651.11 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | | N/A | 26.23 | 26.23 | 26.23 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | | N/A | 24.01 | 24.01 | 24.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 29,294.18 | 29,294.18 | 29,294.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Clerk of the Bankruptcy Court – Advanta Bank Corp | 7100-001 | N/A | 22,672.48 | 22,672.48 | 93.43 |
| 2 | First National Bank of Omaha | 7100-000 | N/A | 12,262.41 | 12,262.41 | 50.53 |
| 3 | Louis Bodo | 7100-000 | N/A | 120,400.00 | 120,400.00 | 496.12 |
| 4 | Clerk of the Bankruptcy Court – World Asset | 7100-001 | N/A | 18,893.73 | 18,893.73 | 77.85 |
| 5 | Citibank (South Dakota) N.A. | 7100-000 | N/A | 9,013.00 | 9,013.00 | 37.14 |
| 6 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 14,847.55 | 0.00 | 0.00 |
| 6 -2 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 14,847.55 | 0.00 | 0.00 |
| 7 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 7,898.62 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 220,835.34 | 183,241.62 | 755.07 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-45528  
**Case Name:** MAKKAI, ERNEST G.  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/10/04 (f)  
**§341(a) Meeting Date:** 02/10/05  

**Period Ending:** 06/28/11  
**Claims Bar Date:** 12/07/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | 320.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 1,500.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL AND JEWELRY | 1,400.00 | 500.00 | DA | 0.00 | FA |
| 5 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES 1992 GEO | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | CONSULTING FEES OWED TO DEBTOR FROM HUNGARIA IMM | Unknown | Unknown | DA | 0.00 | FA |
| 8 | TRUSTEE AVOIDING POWER (u) | Unknown | Unknown | | 30,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 49.25 | FA |
| 9 | Assets Totals (Excluding unknown values) | $5,520.00 | $2,000.00 | | $30,049.25 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS:   THE TRUSTEE FILED HER FINAL REPORT ON DECEMBER 13, 2010.  THE TRUSTEE HAS MADE DISTRIBUTION AND IS AWAITING THE CHECKS TO CLEAR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007    **Current Projected Date Of Final Report (TFR):**   December 13, 2010  (Actual)

Printed: 06/28/2011 10:34 AM    V.12.57

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-45528  
**Case Name:** MAKKAI, ERNEST G.  

**Taxpayer ID #:** **-***4302  
**Period Ending:** 06/28/11

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/08 | {8} | Irena/Ernest Makkai | Settlement | 1241-000 | 30,000.00 | | 30,000.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.46 | | 30,002.46 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.81 | | 30,006.27 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.56 | | 30,009.83 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.93 | | 30,013.76 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.27 | | 30,017.03 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.36 | | 30,019.39 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.12 | | 30,021.51 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 30,022.73 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 30,023.87 |
| 03/04/09 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #04-45528 | 2300-000 | | 26.23 | 29,997.64 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 29,998.94 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 30,000.16 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.18 | | 30,001.34 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 30,002.64 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 30,003.90 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 30,005.16 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 30,006.38 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 30,007.60 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 30,008.86 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 30,010.12 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.18 | | 30,011.30 |
| 02/19/10 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #04-45528 | 2300-000 | | 24.01 | 29,987.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 29,988.43 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.34 | | 29,989.77 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.77 | | 29,990.54 |
| 04/20/10 | | Wire out to BNYM account 9200******1565 | Wire out to BNYM account 9200******1565 | 9999-000 | -29,990.54 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50.24 | 50.24 | $0.00 |
| | | | Less: Bank Transfers | | -29,990.54 | 0.00 | |
| | | | **Subtotal** | | 30,040.78 | 50.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,040.78** | **$50.24** | |

{} Asset reference(s)                                                                                           Printed: 06/28/2011 10:34 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-45528  
**Case Name:** MAKKAI, ERNEST G.  

**Taxpayer ID #:** **-***4302  
**Period Ending:** 06/28/11  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | Wire in from JPMorgan Chase Bank, N.A. account ********1565 | 9999-000 | 29,990.54 | | 29,990.54 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.63 | | 29,991.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.78 | | 29,992.95 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.73 | | 29,994.68 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.78 | | 29,996.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.78 | | 29,998.24 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,998.48 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 29,998.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 29,998.97 |
| 12/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 29,999.01 |
| 12/07/10 | | To Account #9200******1566 | TRANSFER FROM INVESTMENT | 9999-000 | | 29,999.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 29,999.01 | 29,999.01 | $0.00 |
| | | | Less: Bank Transfers | | 29,990.54 | 29,999.01 | |
| | | | **Subtotal** | | 8.47 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8.47** | **$0.00** | |

{} Asset reference(s)                                                                                   Printed: 06/28/2011 10:34 AM   V.12.57

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-45528 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | MAKKAI, ERNEST G. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******15-66 - Checking Account |
| Taxpayer ID #: | **-***4302 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/28/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/10 | | From Account #9200******1565 | TRANSFER FROM INVESTMENT | 9999-000 | 29,999.01 | | 29,999.01 |
| 01/07/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,754.87, Trustee Compensation; Reference: | 2100-000 | | 3,754.87 | 26,244.14 |
| 01/07/11 | 102 | Leibowitz Law Center | Dividend paid 100.00% on $10,000.00, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 10,000.00 | 16,244.14 |
| 01/07/11 | 103 | Leibowitz Law Center | Dividend paid 100.00% on $4,537.96, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 4,537.96 | 11,706.18 |
| 01/07/11 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $50.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 50.00 | 11,656.18 |
| 01/07/11 | 105 | Louis Bodo | Dividend paid 100.00% on $7,651.11, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 7,651.11 | 4,005.07 |
| 01/07/11 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $3,250.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,250.00 | 755.07 |
| 01/07/11 | 107 | Advanta Bank Corp | Dividend paid 0.41% on $22,672.48; Claim# 1; Filed: $22,672.48; Reference: Voided on 04/13/11 | 7100-000 | | 93.43 | 661.64 |
| 01/07/11 | 108 | First National Bank of Omaha | Dividend paid 0.41% on $12,262.41; Claim# 2; Filed: $12,262.41; Reference: | 7100-000 | | 50.53 | 611.11 |
| 01/07/11 | 109 | Louis Bodo | Dividend paid 0.41% on $120,400.00; Claim# 3; Filed: $120,400.00; Reference: | 7100-000 | | 496.12 | 114.99 |
| 01/07/11 | 110 | World Asset Purchasing II, LLC | Dividend paid 0.41% on $18,893.73; Claim# 4; Filed: $18,893.73; Reference: Voided on 04/13/11 | 7100-000 | | 77.85 | 37.14 |
| 01/07/11 | 111 | Citibank (South Dakota) N.A. | Dividend paid 0.41% on $9,013.00; Claim# 5; Filed: $9,013.00; Reference: | 7100-000 | | 37.14 | 0.00 |
| 04/13/11 | 107 | Advanta Bank Corp | Dividend paid 0.41% on $22,672.48; Claim# 1; Filed: $22,672.48; Reference: Voided: check issued on 01/07/11 | 7100-000 | | -93.43 | 93.43 |
| 04/13/11 | 110 | World Asset Purchasing II, LLC | Dividend paid 0.41% on $18,893.73; Claim# 4; Filed: $18,893.73; Reference: Voided: check issued on 01/07/11 | 7100-000 | | -77.85 | 171.28 |
| 04/13/11 | 112 | Clerk of the Bankruptcy Court | REISSUED CHECK FROM STALE CHECK PROCESSING | | | 171.28 | 0.00 |
| | | Advanta Bank Corp | Dividend paid 0.41% on $22,672.48; Claim# 1; Filed: $22,672.48; Reference: | 7100-001 | | 93.43 | 0.00 |
| | | World Asset Purchasing II, LLC | Dividend paid 0.41% on $18,893.73; Claim# 4; | 7100-001 | | 77.85 | 0.00 |

Subtotals : $29,999.01  $29,999.01

{} Asset reference(s)  Printed: 06/28/2011 10:34 AM  V.12.57

Case 04-45528 Doc 47 Filed 07/20/11 Entered 07/20/11 12:45:14 Desc Main
Document Page 9 of 9

Case 04-45528   Doc 47   Filed 07/20/11   Entered 07/20/11 12:45:14   Desc Main
Document   Page 9 of 9

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-45528  
**Case Name:** MAKKAI, ERNEST G.  
**Taxpayer ID #:** **-***4302  
**Period Ending:** 06/28/11  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******15-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $18,893.73; Reference: |  |  |  |  |
|  |  |  | **ACCOUNT TOTALS** |  | 29,999.01 | 29,999.01 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 29,999.01 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 29,999.01 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | $0.00 | $29,999.01 |  |

Net Receipts : 30,049.25  
Net Estate : $30,049.25

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****15-65 | 30,040.78 | 50.24 | 0.00 |
| MMA # 9200-******15-65 | 8.47 | 0.00 | 0.00 |
| Checking # 9200-******15-66 | 0.00 | 29,999.01 | 0.00 |
|  | $30,049.25 | $30,049.25 | $0.00 |

{} Asset reference(s)                                                                                              Printed: 06/28/2011 10:34 AM    V.12.57